# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Sterling Monica Banks    Atty Name (if applicable): N/A

Street Address: 3733 Durruff    CA Bar No. (if applicable): N/A

LA, CA 90008    Atty Fax No. (if applicable): N/A

Filer's Telephone No.: (310) 251-4892

In re: Schedule C - Property Claimed as Exempt.

Case No.: 14-22786-ER

Chapter 7 ✓    11 ___    13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ___    No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ✓  D ___  E ___  F ___  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ✓

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Monica Sterling Banks, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/27/14

**FOR COURT USE ONLY**

FILED
AUG 27 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

_Debtor Signature_

_Co-Debtor Signature_

*SEE REVERSE SIDE**

B-1008 Revised November 2011

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _8/27/14_         _Monica Banks_
                         Print or Type Name

                         _Monica Ban___
                         Signature


(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2011*

| Form B6C - (04/10) | | | 2010 USBC, Central District of California |
|---|---|---|---|
| In re Sterling F Banks Jr., Monica R Banks  Debtor. | | Case No.: 7 | (If known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146.450*.

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | ccp. 703.140(b)(5) | 225.00 | 225.00 |
| Xceed Fin Credit U | ccp.703.140(b)(5) | 100.000 | 100.00 |
| Xceed Savs. Acct | ccp.703.140.(b)(5) | 50.00 | 50.00 |
| Misc. Household Goods & Furn, | ccp.703.140.(b)(5) | 4,400.00 | 4,400.00 |
| Misc. Clothing | ccp.703.140(b)(3) | 1,550.00 | 1,550.00 |
| Bi-Weekly Pay Check | ccp.703.140(b)(5) | 800.00 | 800.00 |
| Bi-Weekly Pay Check | ccp.703.140(b)(5) | 1,500.00 | 1,500.00 |
| 2009 Toyota Yaris | ccp.703.140(b)(2) | 14,000.00 | 14,000.00 |
| 2005 Ford | ccp.703.140(b)(2) | 8,000.00 | 8,000.00 |
| 2003 Mercury | ccp.703.140(b)(2) | 5,500.00 | 5,500.00 |
| Misc Computer, Fax Printer | ccp.703.140(b)(3) | 1,450.00 | 1,450.00 |

*Amount subject to adjustment on 4/1/13, and every three years there after with respect to cases commenced on or after the date of adjustment

17